ALEX G. TSE (CSBN 152348)
United States Attorney
DEBORAH STACHEL (CSBN 230138)
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CSBN 256628)
Assistant Regional Counsel
United States Social Security Administration
  160 Spear Street, Suite 800
  San Francisco, CA 94105
  Telephone: 415-977-8963
  Fax: 415-744-0134
  Email: sharon.lahey@ssa.gov

Attorneys For Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MICHAEL G. RODRIGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>  Commissioner Of Social Security,<br><br>    Defendant. | Case No. 3:18-cv-05019-SI<br><br>**STIPULATION AND ORDER FOR REMAND TO AGENCY PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR** |

IT IS HEREBY STIPULATED, by and between MICHAEL G. RODRIGUEZ (Plaintiff) and NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the evidence including, but not limited to, the vocational evidence. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against

Defendant, reversing the final decision of the Commissioner.

                                          Respectfully submitted,

Date: January 8, 2019          LAW OFFICES OF TERRY LAPORTE

                                          By: /s/ *Terry LaPorte*\*  
                                          TERRY LAPORTE  
                                          Attorney for the Plaintiff  
                                          (\*Authorized by e-mail on January 8, 2019)

Date: January 8, 2019          ALEX G. TSE  
                                          United States Attorney

                                          By: /s/ *Sharon Lahey*  
                                          SHARON LAHEY  
                                          Special Assistant United States Attorney

## **ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.

DATE: 1/9/19

                                          HON. SUSAN ILLSTON  
                                          Senior United States District Judge